# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD KOREN** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 12-1586** |
| : | |
| **FRANK NOONAN and MARIA FINN** : | |
|     **Defendants.** : | |

## ORDER

**AND NOW,** this 20th day of February 2013, upon consideration of Defendants' Motion to Dismiss and the response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED**. Counts One, Two, Three, and Four are **DISMISSED WITH PREJUDICE**. Count Five (Willful Misconduct) is **DISMISSED WITHOUT PREJUDICE** to the filing of an action in the appropriate state court. The Clerk is directed to **CLOSE** the case.

    It is so **ORDERED**.

                                                            **BY THE COURT:**

                                                           /s/ Cynthia M. Rufe

                                                           _____
                                                           **CYNTHIA M. RUFE, J.**