IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD KOREN<br>    Plaintiff,<br><br>v.<br><br>FRANK NOONAN and MARIA FINN<br>    Defendants. | CIVIL ACTION NO. 12-1586 |

# ORDER

**AND NOW,** this 2nd day of October 2013, upon consideration of Plaintiff's Motion for Reconsideration [Doc. No. 15] and the response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**. The case remains **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**